IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1713 (MN) |
| STATE OF DELAWARE and CITY OF WILMINGTON, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

At Wilmington, this 28th day of January 2020, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. The Complaint is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Amendment is futile.

2. The Clerk of Court is directed to CLOSE the case

_____
The Honorable Maryellen Noreika
United States District Judge