**DLD-289**                                                                                   **August 13, 2020**

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **20-1303**

D'RAYFIELD KARY-KHAME SHIPMAN, Appellant

  VS.

STATE OF DELAWARE, et al.

  (D. Del. Civ. No. 1:19-cv-01713)

Present: RESTREPO, PORTER and SCIRICA, Circuit Judges

    Submitted by the Clerk for possible dismissal under 28 U.S.C. §1915(e)(2)(B) or for possible summary action under 3rd Cir. L.A.R. 27.4 and Chapter 10.6 of the Court's Internal Operating Procedures

in the above-captioned case.

    Respectfully,

    Clerk

_____ORDER_____

The District Court's judgment entered January 28, 2020, is summarily affirmed because no substantial question is presented on appeal. See L.A.R. 27.4; I.O.P. 10.6. Appellant's claim under the Americans with Disabilities Act was properly dismissed as legally frivolous essentially for the reasons explained by the District Court. See Mitchell v. Horn, 318 F.3d 523, 530 (3d Cir. 2003).

    By the Court,

    s/Anthony J. Scirica
    Circuit Judge

Dated: August 27, 2020
CLW/cc: Mr. D'Rayfield Kary-Khame Shipman
       Maria T. Knoll, Esq.

**Certified as a true copy and issued in lieu of a formal mandate on** 09/18/20

Teste: *Patricia A Dodszweit*